No. 02-13-00319-CR   PD-0686-15

Michael Oliver Smith ) IN the Court of Criminal Appeals
Vs. ) for the State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

The State of Texas ) Austin, Texas

JUL 10 2015

Motion to Suspend Rule 9.3 (B) Copies Requirement

FILED IN
COURT OF CRIMINAL APPEALS
JUL 10 2015

To The Honorable Court of Criminal Appeals:

Abel Acosta, Clerk

Come Now the Petitioner, Michael Oliver Smith, pro se, and moves the court to suspend the copies Requirement in the rules of Appellate Procedure, Rule 9.3 (B) when filing his petition for discretionary Review and in support would show:

The petition for review is currently due to be filed by _____. The Court of Appeals Cause No. is 02-13-319-CR. The opinion of the court was delivered on April 9 2015. Petitioner has filed A motion for extension of time.

Petitioner is currently incarcerated in the Institutional Division, Texas Department of Criminal Justice. Petitioner will be filing A pro se petition. It is currently difficult for Petitioner to make multiple copies and mail them while incarcerated.

WHEREFORE, PREMISES CONSIDERED, Appellant moves the Court to suspend the copies requirement in the Rules of Appellate Procedure, Rule 9.3 (B) when filing

his petition for discretionary review and allow
him to file only the original.

                    Respectfully submitted
                    Michael Oliver Smith
                    Michael Oliver Smith
                    TDCJ-ID # 1873307
                    Michael Unit
                    2664 F.M. 2054
                    Tennessee Colony, TX 75886